05-15-01493-CV

Filed: 12/4/2015 9:32:08 PM
Shelli Miller,
County Clerk
Rockwall County, Texas

Angela Endicott

CAUSE NO. CI15-070

CAROLINE D. COOK,
PLAINTIFF

VS.

MICHAEL GAY COOK,
DEFENDANT

IN THE COUNTY COURT

AT LAW

ROCKWALL COUNTY, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/7/2015 12:17:12 PM
LISA MATZ
Clerk

## DEFENDANT'S NOTICE OF APPEAL

COMES NOW, Michael Gay Cook, Defendant in the above styled cause of action, which he, as appellant, desires to appeal to the 5th District Court of Appeals. Defendant hereby gives notice of appeal of this court's judgment and files this his Notice of Appeal.

Respectfully submitted,

Respectfully submitted this the 1st day of December, 2015.

*Kerry L. Prisock*
Kerry L. Prisock
State Bar Number 24082005
Post Office Box 1051
Rockwall, Texas 75087
Telephone: 214-632-3823
Facsimile: 469-252-7496
kprisocklegal@sbcglobal.net
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon opposing counsel by electronic means.

*Kerry L. Prisock*
Kerry L. Prisock
State Bar Number 24082005
Post Office Box 1051
Rockwall, Texas 75087
Telephone: 214-632-3823
Facsimile: 469-252-7496
kprisocklegal@sbcglobal.net
ATTORNEY FOR DEFENDANT

CAROLINE D. COOK,
PLAINTIFF

IN THE COUNTY COURT

VS.

AT LAW

MICHAEL GAY COOK,
DEFENDANT

ROCKWALL COUNTY, TEXAS

---

### DEFENDANT'S AFFIDAVIT OF INABILITY TO PAY COSTS

Pursuant to Rule 20 of the Texas Rules of Appellate Procedure, Defendant hereby files this affidavit of inability to pay costs and requests this Court prosecute his appeal without advance payment of costs and would show unto this honorable court the following:

STATE OF TEXAS

COUNTY OF ROCKWALL

Personally appeared before me the under signed authority the within named, Michael Gay Cook, and stated under oath

1.      My name is Michael Gay Cook. My address is 404 Wildwood Lane, Rockwall, Texas 75087.

2.      I am above the age of eighteen and I am fully competent to make this affidavit. I am unable to pay court costs. The nature and amount of my income, resources, debts and expenses are described herein

3.      My sole source of income is SSI payments in the amount of $1,048 per month. I receive no other public benefits or governmental assistance and have no additional sources of income. I am retired. I have physical disabilities that prevent employment, specifically: Type 2 diabetes, below knee amputation of left leg, hypertension, neuropathy and retinopathy.

4. I am divorced and receive no income from my prior spouse

5. I own no real property. Aside from personal clothing, furnishings and effects I own no other personal property.

6. I have about $300 in cash and a checking account balance of approximately $294. I have no savings, retirement or other account of any description.

7. I have no other assets.

8. I have no dependents.

9. I have no debts.

10. My monthly expenses consist of rent in the amount of $300, transportation expenses of $100, insurance expenses of $50, clothing laundry expenses of $50, medical dental expenses of $150 and food grocery expenses of $200 per month, for a total of $850 a month.

11. I am unable to obtain a loan for court costs and expenses.

12. My attorney, Kerry L. Prisock, is representing me free of charge and there is no contingency fee agreement

13. My attorney has not agreed to pay or advance court costs

14. I am unable to pay court costs and I verify the statements made in this affidavit are true and correct on this the 4th day of December 2015

_____
Michael Gay Cook

Before me, the undersigned authority, on this day personally appeared Michael Gay Cook, who after being duly sworn, on oath states the foregoing statements are within his or her personal knowledge and true and correct. SUBSCRIBED AND SWORN to this 4th day of December 2015

_____
Notary Public, State of Texas



KERRY LEE PRISOCK
Notary Public, State of Texas
My Commission E.
10/08/2017